O

# United States District Court
# Central District of California

| | |
|---|---|
| OLGA CURTIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHINSACHI PHARMACEUTICAL INC.;<br>SEUNGWOO SHIN; DOES 1–10,<br>inclusive,<br><br>　　　　　　Defendants. | Case № 2:14-cv-00591-ODW(SSx)<br><br>**ORDER TO SHOW CAUSE RE.<br>GOVERNING LAW** |

On June 30, 2014, Plaintiff Olga Curtis moved for entry of default judgment against Defendants ShinSachi Pharmaceutical Inc. and Seungwoo Shin. (ECF No. 24.) She argues that she is entitled to judgment on various common-law claims, including trade libel, intentional interference with contract, and intentional interference with prospective economic advantage. In asserting these claims, she applies California law but provides no reason why California and not Idaho law applies. Curtis alleges that she resides and has her principal place of business in Idaho, which may establish that Idaho has an interest in having its law applied to this action.

The Court also notes that it does not appear that Idaho recognizes a tort called "trade libel," though California does. This conflict must be resolved before the Court

can adjudicate Curtis's claim under that name. But both California and Idaho seem to apply identical elements for intentional-interference claims.

The Court therefore **ORDERS** Curtis to **SHOW CAUSE** in writing by **Monday, September 8, 2014**, why the Court should apply California law to this action. No hearing will be held; Curtis shall respond in writing. Curtis should address issues such as California' governmental-interest approach for conflict of laws, whether Idaho recognizes a trade-libel tort, and whether there are any inconsistencies between the intentional-interference claims under California and Idaho law. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

August 28, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**