JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CURTIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHINSACHI PHARMACEUTICAL INC., *f/k/a* SHINSACHI MEDIA INC., a corporation of Canada; Seungwoo Shin, a Canadian individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00591-ODW(SSx)<br><br>**DEFAULT JUDGMENT** |

　　　The Court hereby renders JUDGMENT in favor of Plaintiff Olga Curtis and against Defendants ShinSachi Pharmaceutical Inc., *f/k/a* ShinSachi Media Inc. ("ShinSachi") and Seungwoo Shin ("Shin") (collectively, "Defendants") as follows:

　　　1.　　Pursuant to 15 U.S.C. section 1125(d)(1)(C), the Court directs Defendants to transfer registration of the domain names *www.supernumb.com*, *www.deepnumb.com*, and *www.numbfast.com* to Plaintiff Olga Smith within 15 days of notice of this Judgment.

　　　2.　　Defendant ShinSachi's U.S. Trademark Registration Nos. 4290428, issued February 12, 2013 on the Supplemental Register ("TATTOONUMB"), 4321983, issued April 16, 2012 on the Principal Register ("SUPERNUMB") and

4326072 issued April 23, 2013 on the Supplemental Register ("DEEPNUMB") are hereby cancelled.

  3. The Court hereby declares that:

    A. Plaintiff's purchase and resale of TATTOONUMB, SUPERNUMB, DEEPNUMB, and DR. NUMB skin care products in the United States is lawful under the first sale doctrine and does not infringe Defendants' copyright, trademark, or other rights; and

    B. the continued sale of Defendants' products by Curtis is lawful and does not infringe Defendants' rights.

  4. Pursuant to 15 U.S.C. section 1125, the Court awards Plaintiff statutory damages of $300,000.00 based on: (A) Defendants' willful use and registration of the domain names *www.numbfast.com*, *www.supernumb.com*, and *www.deepnumb.com* in bad faith, which are nearly identical to or confusingly similar to Plaintiff's NUMB Marks; (B) Defendants' deception in registering the infringing domain names; and (C) Defendants' failure to defend this action.

  5. Pursuant to 15 U.S.C. section 1117(a) and Central District of California Local Rule 55-3, the Court awards Plaintiff attorneys' fees of $9,600.00.

  6. Pursuant to 15 U.S.C. section 1125(d) and Central District of California Local Rules 54-3.1, 54-3.2, the Court awards Plaintiff costs of $978.00.

  7. Pursuant to 28 U.S.C. section 1961(a), the Court awards Plaintiff post-judgment interest.

**THE COURT HEREBY ORDERS, ADJUDGES and DECREES.**

DATED: September 9, 2014     _____
                 Hon. Otis D. Wright, II
                 United States District Court Judge